```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04692
   BENNIE F WILLIAMS
   TATIANNA N WILLIAMS                        CHAPTER 13

                                              JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-5321     SSN XXX-XX-7145

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/16/2007 and was not confirmed.

     The case was dismissed without confirmation 07/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CINGULAR                   UNSECURED      NOT FILED          .00            .00
US CELLULAR                UNSECURED      NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         457.31          .00            .00
BETHANY HOSPITAL           UNSECURED      NOT FILED          .00            .00
BETHANY HOSPITAL           UNSECURED      NOT FILED          .00            .00
BETHANY HOSPITAL           UNSECURED      NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED        3887.50          .00            .00
ADVOCATE BETHANY HOSPITA   UNSECURED      NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED          .00            .00
UNIV OF ILL RADIOLOGY      UNSECURED      NOT FILED          .00            .00
TRINITY HOSPITAL           UNSECURED      NOT FILED          .00            .00
MT SINAI HOSPITAL          UNSECURED      NOT FILED          .00            .00
COTTAGE EMERGENCY PHYSIC   UNSECURED      NOT FILED          .00            .00
COTTAGE EMERGENCY PHYSIC   UNSECURED      NOT FILED          .00            .00
COTTAGE EMERGENCY PHYSIC   UNSECURED      NOT FILED          .00            .00
COTTAGE EMERGENCY PHYSIC   UNSECURED      NOT FILED          .00            .00
COTTAGE EMERGENCY PHYSIC   UNSECURED      NOT FILED          .00            .00
COTTAGE EMERGENCY PHYSIC   UNSECURED      NOT FILED          .00            .00
COTTAGE EMERGENCY PHYSCI   UNSECURED      NOT FILED          .00            .00
WINDY CITY EMERGENCY PHY   UNSECURED      NOT FILED          .00            .00
WINDY CITY EMERGENCY PHY   UNSECURED      NOT FILED          .00            .00
WINDY CITY EMERGENCY PHY   UNSECURED      NOT FILED          .00            .00
US CELLULAR                UNSECURED        1065.37          .00            .00
STATE OF NJ HIGHER ED      UNSECURED      NOT FILED          .00            .00
CRST/PDI DRIVING SCHOOL    UNSECURED      NOT FILED          .00            .00
IL DEPT OF HEALTHCARE &    DSO ARREARS      6311.95          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,474.00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04692 BENNIE F WILLIAMS & TATIANNA N WILLIAMS

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                            .00                .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/18/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 04692 BENNIE F WILLIAMS & TATIANNA N WILLIAMS